UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CODING TECHNOLOGIES LLC,

Plaintiff,

vs.

SAKAR INTERNATIONAL, INC.,

Defendant.

Case No.: 1:18-cv-04519-CM

**NOTICE OF SETTLEMENT AND REQUEST TO STAY**

MEMO ENDORSED

Plaintiff, CODING TECHNOLOGIES, LLC, and Defendant, SAKAR INTERNATIONAL, INC., hereby give notice that this action has been settled. The parties respectfully request that the court stay all deadlines pending dismissal of this action, including Defendant's requirement to serve a response to the complaint by September 19, 2018, and the initial scheduling conference set for September 7, 2018. *See* Doc. 18. Plaintiff will file a voluntary dismissal of this action, with prejudice, within five (5) days after the parties have executed the settlement agreement that is currently being negotiated.

**DATED** on September 5, 2018

Respectfully submitted,

WATSON LLP

/s/ Coleman Watson
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com

9/6/18

NOTICE OF SETTLEMENT AND REQUEST TO STAY-1

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff*
*Coding Technologies LLC*

NOTICE OF SETTLEMENT AND REQUEST TO STAY-2